AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| EDWARD SPEROS MAROULES,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  **)**<br>    Defendant.  )<br>  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:06-CV-257-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** based on the application for a period of disability and disability insurance benefits filed on January 30, 2004, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act beginning on October 10, 2003.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 26, 2010** WITH A COPY TO:

Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


August 26, 2010                                    DENNIS P. IAVARONE, Clerk
Date                                                    Eastern District of North Carolina

                                                                   /s/ Debby Sawyer
                                                                   (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 4:06-cv-00257-D   Document 12   Filed 08/26/10   Page 1 of 1